## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHOSHANTI BARJO,<br><br>            Plaintiff,<br><br>v.<br><br>VIVIAN R. CHERIAN, KENNETH M. CHERIAN, and ABERDEEN HOUSE, INC.<br><br>            Defendants. | Case No. 8:18-cv-01587-RWT |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for a Protective Order, and good cause having been shown, it is on this ___ day of February, 2019 hereby:

**ORDERED** that Vivian R. Cherian, Kenneth M. Cherian, and other members of the Cherian family may not attend the Deposition of Plaintiff in person.

**ORDERED** that Vivian R. Cherian and Kenneth M. Cherian may attend the deposition telephonically or via video.

**SO ORDERED.**

                                                United States District Judge