UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**ROGER W. TITUS**  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**  **GREENBELT, MARYLAND 20770**
**301-344-0052**

M E M O R A N D U M

TO:  Counsel of Record

FROM:  Judge Roger W. Titus

RE:  *Shoshanti Barjo v. Vivian R. Cherian, et al.*
Civil No. RWT 18-1587

DATE:  February 11, 2019

\* \* \* \* \* \* \* \* \*

The Court is in receipt of Plaintiff's Emergency Motion for a Protective Order [ECF No. 38]. Defendants **SHALL FILE** their response, if any, by **February 12, 2019 at 5:00 p.m.** Plaintiff **SHALL FILE** her reply, if any, by **February 13, 2019 at 12:00 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge