IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHOSHANTI BARJO,<br><br>                    Plaintiff,<br><br>v.<br><br>VIVIAN R. CHERIAN, KENNETH M. CHERIAN, and ABERDEEN HOUSE, INC.<br><br>                    Defendants. | Case No. 8:18-cv-01587-PWG |

## JOINT STATUS REPORT

On June 13, 2019, Parties signed an agreement settling this lawsuit. In the settlement agreement, Parties agree to seek a 90-day stay of this lawsuit, and to request dismissal only after Plaintiff receives her settlement award. For these reasons, Parties respectfully request that this Court enter a 90-day stay of proceedings and not dismiss this litigation outright.

Date:   June 17, 2019
        Washington, DC                          Respectfully submitted,


/s/ John R. Garza                              /s/ Kali N. Bracey
John R. Garza                                  Kali N. Bracey (No. 20752)
Garza Law Firm, P. A.                          Samuel C. Birnbaum
Garza Building                                 Natacha Y. Lam
17 W. Jefferson Street                         JENNER & BLOCK LLP
Suite 100                                      1099 New York Ave., NW
Rockville, MD 20850                            Suite 900
301 340 8200, Extension 100                    Washington, DC 20001
jgarza@garzanet.com                            Tel: 202-639-6000
                                               Email: kbracey@jenner.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the attached Status Report with the Clerk of Court using the CM/ECF system, which will provide notice of filing to all attorneys of record.

/s/ Kali N. Bracey
Kali N. Bracey
